IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MICHAEL REDWINE, | * | |
| Petitioner | * | |
| vs. | * | CASE NO. 4:07-CV-32 (CDL) |
| TONY HENDERSON, | * | |
| Respondent | * | |
| | * | |

## ORDER ON REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on October 16, 2007 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 3rd day of March, 2008.

                                                              S/Clay D. Land
                                                                CLAY D. LAND
                                              UNITED STATES DISTRICT JUDGE